**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PRISCILLA MCAFEE**                                                               **PLAINTIFF**

**V.**                                                 **NO. 4:18-CV-33-DMB-JMV**

**MERITOR, INC., et al.**                                              **DEFENDANTS**

**ORDER CLOSING CASE**

On December 3, 2020, Priscilla McAfee filed a stipulation of dismissal which dismisses with prejudice her remaining claims against the remaining defendants—Meritor, Inc., The Boeing Company, and Rockwell Automation, Inc. (collectively, "Meritor Defendants").[1] Doc. #117. The Meritor Defendants, through counsel, signed the stipulation. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 3rd day of December, 2020.

                                                                 **/s/Debra M. Brown**
                                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] McAfee previously stipulated to the dismissal of Textron, Inc., the only other defendant in this action. Doc. #83.